Case 1:24-cv-00398-MAD-DJS    Document 70    Filed 12/09/2024    Page 1 of 1

Anne Mienkowski v. Clarkson University et al



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### MOTION for Extension of Time

I, Anne Mienkowski, the Plaintiff, am requesting a motion to file an extension in this case in order to find counsel to represent me. There have been significant challenges to obtaining the required documents about this case. Additionally holidays limit the availability of meeting potential attorneys. It would be extremely beneficial to be granted an extension for 60 days to seek counsel.

Served upon Defendant's lawyers:

**Katherine S. McClung**
**Laura H. Harshbarger**
**Collin Michael Carr**

Bond Schoeneck & King, PLLC- Syracuse
350 One Lincoln Center
Syracuse, NY
13202

Dated: December 09, 2024      /s/ _Anne Mienkowski_
Rensselaer, NY                Anne Mienkowski