Case 1:24-cv-00398-MAD-DJS   Document 72   Filed 02/11/2025   Page 1 of 1

Anne Mienkowski v. Clarkson University et al

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## MOTION for Extension of Time



I, Anne Mienkowski, the Plaintiff, am requesting a motion to file an extension in this case in order to find counsel to represent me. I am currently 38 weeks pregnant and may go into labor at any time. My approaching due date significantly restricts my ability to focus on this case at the moment due to these circumstances. The pregnancy and post-partum period also has risks and complications associated with the birth which are medically documented and necessitate an extension. Additionally I need time to adjust and recover after childbirth. I need 4 months (120 days) postpartum of maternity leave from this case to ensure I recover appropriately along with my new baby, and have time to attend the required follow-up medical appointments. It would be extremely beneficial to be granted an extension for 120 days to provide a status report about seeking new counsel to represent me in this case.

Served upon Defendant's lawyers:

**Katherine S. McClung**
**Laura H. Harshbarger**
**Collin Michael Carr**

Bond Schoeneck & King, PLLC- Syracuse
350 One Lincoln Center
Syracuse, NY
13202

Dated: February 11, 2025          /s/ _Anne Mienkowski_____
Rensselaer, NY                          Anne Mienkowski