**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

ANNE MIENKOWSKI,

                              Plaintiff,

      - v -                                                 1:24-CV-398
                                                             (AMN/DJS)

CLARKSON UNIVERSITY, *et al.*,

                              Defendants.
_____

## ORDER

"It is well-established that a court has the 'inherent authority' to manage the cases before it." *Muench Photography, Inc. v. Houghton Mifflin Harcourt Pub. Co.*, 2015 WL 4757601, at *3 (S.D.N.Y. Aug. 12, 2015). "This authority includes the court's ability to strike any filed paper which it determines to be . . . improper under the circumstances." *United States Sec. & Exch. Comm'n v. Ahmed*, 2018 WL 11458925, at *3 (D. Conn. Mar. 29, 2018) (internal citations omitted). On September 14, 2024, there were a series of filings made on the public docket in this case that bore no relevance to this matter. Because they concerned matters not impacting any of the parties and not relating to the facts at issue in this case, the Clerk is directed to strike the filings at docket entries 40 through 68 as improper.

Dated: April 23, 2025
       Albany, New York

                                                             Daniel J. Stewart
                                                             U.S. Magistrate Judge